1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   SUZANNE M. DeBERRY (CABN 259455)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5588
       Facsimile: (408) 535-5066
7      suzanne.deberry2@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE  DIVISION
12
   UNITED STATES OF AMERICA,      )    No. CR 11-00171 LHK
13                                )
       Plaintiff,                 )
14                                )    MOTION TO DISMISS INFORMATION
       v.                         )    AND ~~PROPOSED~~ ORDER
15                                )
   JAIME VASQUEZ,                 )
16                                )
       Defendant.                 )
17                                )
                                  )
18
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19
   United States Attorney for the Northern District of California requests an order dismissing the
20
   above Information in this case without prejudice.
21

22
   DATED: June 14, 2011              Respectfully submitted,
23
                                     MELINDA HAAG
24                                   United States Attorney

25                                   MIRANDA KANE
                                     Chief, Criminal Division
26
                                     /s/_____
27                                   JEFFREY NEDROW
                                     Chief, San Jose Branch
28

   NOTICE OF DISMISSAL (CR 11-00171 LHK)

1 | Leave is granted to the government to dismiss the Information.
2 |
3 |
4 | Date:   6/14/11                                                                                                    
5 |                                                                 LUCY H. KOH
  |                                                                 United States District Judge
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |